No. D–52. IN RE DISBARMENT OF SHAFFER. It is ordered that Gerald L. Shaffer, of Fort Dodge, Iowa, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–53. IN RE DISBARMENT OF GOLDEN. It is ordered that Roy Aaron Golden, of Des Moines, Iowa, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this. Court.

No. D–54. IN RE DISBARMENT OF WOLFF. It is ordered that Jerome B. Wolff, of Stevenson, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–55. IN RE DISBARMENT OF SILVERTON. It is ordered that Ronald Robert Silverton, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–56. IN RE DISBARMENT OF DEMOPOULOS. It is ordered that James George Demopoulos, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 73–1908. CORT ET AL. v. ASH, 422 U. S. 66. Motion of respondent to have Bethlehem Steel Corp. bear costs denied.